```
            IN THE UNITED STATES BANKRUPTCY
              FOR THE DISTRICT OF MARYLAND
```

In Re:
    Amir E. Dariani                        Chapter 13

        Debtor                        Case No. 17-17645

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION DIRECTING CHAPTER 13 TRUSTEE TO PAY COUNSEL FEES**

COMES NOW Harris S. Ammerman, Esq. and requests that the Court direct the Chapter 13 trustee to pay him for attorney's fees following entry of the Court's Order Denying Confirmation of Chapter 13 Plan Without Leave to Amend.

1. Counsel filed debtor's Chapter 13 case on 6/2/17.  The Court entered and Order on 11/2/17 Doc 51 Denying Confirmation of Chapter 13 Plan Witho9ut Leave to Amend. According to the Chapter 13 trustee's ledger, Ms. Grigsby has collected $200.00 in plan payments that have not been disbursed.

2. Counsel's 2016(b) statement shows that the balance of his attorney's fees totaling $3,225.00 were to have been paid in the Plan.

3. In conformity with the ruling by Judge Rice in the Brandon case (14-23735), counsel requests that the funds being held by the trustee, less her commission,  be paid

for services rendered.

WHEREFORE, counsel prays that this Court:

(a) Order the Chapter 13 trustee Ms, Grigsby to pay $200.00 less trustee's commission to counsel from the funds being held in escrow and for such other relief as is just and proper.

Respectfully submitted,

/s/Harris S. Ammerman #04141
Harris S. Ammerman, Esq.
1115 Massachusetts Ave. Nw
Washington, D.C. 20005
202- 638 0606

## CERTIFICATE OF SERVICE

I hereby certify on this 8th day of November, 2017 that I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Request for payment of fees will be served electronically by the Court's CM/ECF system on the following:

Nancy Grigsby, trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401

- **Nikita Rajendra Joshi**   Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
- **Gene Jung**   gene.jung@brockandscott.com,
- **Charles Cecil Lamari**   CCLamari@LerchEarly.com
- **Nancy Spencer Grigsby**   grigsbyecf@ch13md.com
- **Diana Carolina Valle**   ecf@logs.com

I hereby certify on this 8th day of November, 2017, a copy of the Request for Payment of Fees was also mailed first class mail, postage prepaid to All creditors on the attached mailing matrix.

Respectfully submitted,

<u>/s/ Harris S. Ammerman #04141</u>
Harris S. Ammerman, Esq.
1115 Massachusetts Ave. NW
Washington, D.C. 20005
202  638 0606