

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF MARYLAND

In Re:
    Amir E. Dariani                          Chapter 13

    Debtor                               Case No. 17-17645

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER **DIRECTING CHAPTER 13 TRUSTEE TO PAY COUNSEL FEES**

UPON CONSIDERATION OF THE MOTION filed by Harris S. Ammerman, Esq. requesting that the Court direct the Chapter 13 trustee to pay him for attorney's fees following the Court's Order Denying Confirmation of Chaper 13 Plan Without Leave to Amend and that the trustee is holding undisbursed funds that were collected while the debtor was in the Chapter 13 proceeding totaling $200.00, and good cause having been show, it is hereby by the Court

ORDERED, THAT the trustee shall pay to Harris S. Ammerman, counsel for the debtor, the sum of $200.00 less the trustee's commission representing fees earned during the course of his representation.

Harris S. Ammerman, Esq.
1115 Massachusetts Ave. NW
Washington, D.C. 20005

Nancy Grigsby, trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401

Amir Dariani
502 King Farm Blvd Apt 304
Rockville, Md. 20850

                End of Order